# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| CLEATUS FURLONG,  )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DICK BROWN Superintendent, Wabash )<br>Valley Correctional Facility, )<br>)<br>Respondent. ) | Case No. 2:13-cv-00228-JMS-WGH |

**Entry Discussing Petition for Writ of Habeas Corpus**

The petition for writ of habeas corpus of Cleatus Furlong challenging the prison disciplinary proceeding identified as No. WVE 12-08-0018, wherein Furlong was charged with and found guilty of possession of unauthorized property, is **denied** and this action is dismissed with prejudice. The reason for this disposition is that the pleadings and the expanded record show that (1) the procedural protections required by *Wolff v. McDonnell,* 418 U.S. 539 (1974), were provided, (2) there was at least Αsome evidence@ to support the decision of the conduct board as required by *Superintendent of Walpole v. Hill,* 472 U.S. 445 (1985), and (3) the proceedings were not otherwise tainted by prejudicial error. The evidence that he was in possession of contraband as charged, that he had notice that the items were contraband, and that he was in fact not authorized to possess the specified items was constitutionally sufficient. Furlong's arguments that he was denied the protections afforded by *Wolff* and *Hill* are either refuted by the expanded record or based on assertions which do not entitle him to relief.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 07/02/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

CLEATUS FURLONG
DOC # 128442
Wabash Valley Correctional Facility
Electronic Service Participant -- Court Only

All Electronically Registered Counsel